**Fill in this information to identify your case:**

Debtor 1 __Mohammad Shirazii__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of California__

Case number _____
(If known)

Check if this is:
☐ An amended filing

Chapter you are filing under:
☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

<u>Official Form 101</u>
# Voluntary Petition for Individuals Filing for Bankruptcy          **12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a *joint case*--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | __Mohammad__<br>First name<br><br>Middle name<br><br>__Shirazii__<br>Last name<br><br>Suffix (Sr., Jr., II, III) | __N/A__<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years.**<br><br>Include your married or maiden names and any assumed, trade names and *doing business* as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | ~~N/A~~  *d/b/a/ Glassworks*<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III)<br><br>__N/A__<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) | __N/A__<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III)<br><br>__N/A__<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX-XX-6896 | N/A |

**4.** **Your Employer Identification Number (EIN), if any.**

| About Debtor 1 | About Debtor 2 |
|---|---|
| **N/A** | **N/A** |
| EIN | EIN |
| **N/A** | **N/A** |
| EIN | EIN |

**5.** **Where you live**

**508 Fernando**
Number   Street

**Novato CA  94945**
City, State, Zip Code

**N/A**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**P.O. Box 6183**
Number   Street

**San Rafael CA  94903**
City, State, Zip Code

If Debtor 2 lives at a different address:

**N/A**
EIN

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**N/A**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**N/A**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 2 of 65

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes     District **N/A** _____ When _____ Case number _____
                                              MM/DD/YYYY

           District **N/A** _____ When _____ Case number _____
                                              MM/DD/YYYY

           District **N/A** _____ When _____ Case number _____
                                              MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes     Debtor **N/A** _____ Relationship _____

           District _____ When _____ Case number _____
                                    MM/DD/YYYY

           Debtor **N/A** _____ Relationship _____

           District _____ When _____ Case number _____
                                    MM/DD/YYYY

**11. Do you rent your residence?**

☐ No.  Go to line 12.
☒ Yes. Has your landlord obtained an eviction judgment against you?

        ☒ No. Go to line 12.
        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 3 of 65

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|----------------------------------------------------------|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

☒ No.   Go to Part 4.
☐ Yes.  Name and location of business(es)

N/A   **Yes, Glassworks**
Name of business, if any

N/A   **1111 Francisco**
Number   Street  **Blvd,**
N/A

N/A   **San Rafael, CA   94901**
City, State, Zip Code

*Check the appropriate box to describe your business:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|------------------------------------------------------------------------------------------------|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

BkAssist® Software Copyright® 2010-2022 by Walter Oney. All rights reserved.

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|-------------------------------------------------------------------|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|--|-----------------|-----------------------------------------------|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 23-30244   Doc# 1   Filed: 04/18/23   Entered: 04/18/23 09:58:54   Page 5 of 65



# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 24, 2023</u>, at <u>7:44</u> o'clock <u>PM CDT</u>, <u>Mohammad Shirazi</u> received from <u>Allen Credit and Debt Counseling Agency</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 24, 2023</u>

By: <u>/s/Jennifer Schuler</u>

Name: <u>Jennifer Schuler</u>

Title: <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts: **N/A**

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No.
☐ Yes.

---

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000 - 5,000 | ☐ 25,001 - 50,000 |
| ☐ 50-99 | ☐ 5,001 - 10,000 | ☐ 50,001 - 100,000 |
| ☐ 100-199 | ☐ 10,001 - 25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 7 of 65

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| 19. How much do you estimate your assets to be worth? | ☐ $0 to $50,000<br>☒ $50,001 to $100,000<br>☐ $100,001 to $500,000<br>☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million<br>☐ $10,000,001 to $50 million<br>☐ $50,000,001 to $100 million<br>☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion<br>☐ $1,000,000,001 to $10 billion<br>☐ $10,000,000,001 to $50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 20. How much do you estimate your liabilities to be? | ☐ $0 to $50,000<br>☐ $50,001 to $100,000<br>☒ $100,001 to $500,000<br>☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million<br>☐ $10,000,001 to $50 million<br>☐ $50,000,001 to $100 million<br>☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion<br>☐ $1,000,000,001 to $10 billion<br>☐ $10,000,000,001 to $50 billion<br>☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Mohammad Shirazii                          04/15/2023
Debtor 1                                                      MM/DD/YYYY

**For your attorney, if you are represented by one**

*Note that BkAssist is licensed for use only by attorneys. If you are not represented by an attorney, you may not file this petition.*

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ John A. Vos                                          04/15/2023
Attorney for Debtor(s)                              MM/DD/YYYY

**John A. Vos**
Printed name
**Vos Law Office**
Firm name
**1430 Lincoln Avenue**
Number   Street

**San Rafael CA 94901**
City, State, ZIP Code

**(415) 485-5332**
Contact phone                           Email address

Bar number

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 8 of 65

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1          **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

☐ Check if this is an amended
filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  | **Your assets**<br>Value of what<br>you own |
|---|---|
| **1.** **Schedule A/B:** *Property* (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from *Schedule A/B* ...................................... | $0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ............................. | $84,400.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ..................................... | $84,400.00 |

### Part 2:     Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| **2.** **Schedule D:** *Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D.* ......................................................................................................... | $107,837.68 |
| **3.** **Schedule E/F:** *Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ....................... | $16,531.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................... | $233,059.04 |
| **Your total liabilities** | $357,427.72 |

### Part 3:     Summarize Your Income and Expenses

| **4.** **Schedule I:** *Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I .................................................. | $5,750.00 |
|---|---|
| **5.** **Schedule J:** *Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22, Column A, of Schedule J. ............................................... | $7,464.67 |

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          Page 1

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|------------------------------------------------------------------|

**6.  Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

**7.  What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.  From the *Statement of Your Current Monthly Income* (Official Form 122A-1, 122B, or 122C-1):**

Copy your total current monthly income from line 11...................................................................     _____N/A_

**9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*...............................**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---------------------------------------------------|-------------|

9a. Domestic support obligations (Copy line 6a.).....................................................................     _____N/A_

9b. Taxes and certain other debts you owe the government. (Copy line 6b.).............................     _____N/A_

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) ..................     _____N/A_

9d. Student loans. (Copy line 6f.)..........................................................................................     _____N/A_

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)..........................................................................................     _____N/A_

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)................     _____N/A_

9g. **Total.** Add lines 9a through 9f...........................................................................................     _____N/A_

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land or Other Real Estate You Own or Have an Interest in |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ...........................

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No.
   ☒ Yes.

   3.1 Make:    Ford

   Model:    F 150

   Year:    2020

   Approximate mileage: 16000

   Other information:

   **Who has an interest in the property?** Check one
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | | |

   3.2 Make:    Ford

   Model:    Trnsit

   Year:    2020

   Approximate mileage: 20000

   Other information:

   **Who has an interest in the property?** Check one
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $17,000.00 | $17,000.00 |

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 11 of 65

**3.3** Make: <u>Ford</u>

Model: <u>Expedition</u>

Year: <u>2020</u>

Approximate mileage: <u>50000</u>

Other information:

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $49,000.00 | $49,000.00 |

**3.4** Make: <u>Triumph</u>

Model: <u>Bonneville T120</u>

Year: <u>2022</u>

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No.
☐ Yes.

**5.** **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...........................

| $76,000.00 |
|---|

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?** (List the current value of the portion you own. Do not deduct secured claims or exemptions)

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes **(Ordinary, reasonable household goods and possesion  $1,200.00, D1);  (Clothes $1,000.00, D1);  (Desk,computer, printer and peripherals etc. $500.00, D1)** .........................    $2,700.00

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☒ No
☐ Yes .........................    _____

**8.** **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes .........................    _____

**9.** **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes **(2 Beretta hand guns @700 each, miscell incidental sports stuff $1,500.00, D1)**...............    $1,500.00

**10.** **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes .........................    _____

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☒ No
☐ Yes ................................................................................................. _____

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☒ No
☐ Yes ................................................................................................. _____

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☒ Yes  **(1 dog - German Shepherd $1,000.00, D1)**........................................ $1,000.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes ................................................................................................. _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................

| $5,200.00 |

---

**Part 4:**   **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** (List the current value of the portion you own. Do not deduct secured claims or exemptions)

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes **Can on hand, in pocket/wallet, est'd not over: $200.00 (D1)** ...................................... $200.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes **Bank of Marin, varies - est'd nt over 2000 $2,000.00 (D1)** ........................................ $2,000.00

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ................................................................................................. $0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes ................................................................................................. $0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes ................................................................................................. $0.00

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

☒ No .........................................................................................................................................

☐ Yes ........................................................................................................ $0.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company.
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No

☐ Yes ........................................................................................................ $0.00

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☒ No

☐ Yes ........................................................................................................ $0.00

**24. Interests in an education IRA** as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).

☒ No

☐ Yes ........................................................................................................ $0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes ........................................................................................................ $0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes ........................................................................................................ $0.00

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes ........................................................................................................ $0.00

**28. Tax refunds owed to you**
Give specific information about them, including whether you already filed the returns and the tax years

☒ No

☐ Yes ........................................................................................................ $0.00

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes ........................................................................................................ $0.00

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes ........................................................................................................ $0.00

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance. Name the insurance company of each policy and the beneficiary, and list its value

☒ No

☐ Yes ........................................................................................................ $0.00

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

☒ No
☐ Yes ................................................................................................................... **$0.00**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☐ Yes ................................................................................................................... **$0.00**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes ................................................................................................................... **$0.00**

**35. Any financial assets you did not already list**

☒ No
☐ Yes ................................................................................................................... **$0.00**

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................... | **$2,200.00**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to part 6.
☒ Yes. Go to line 38.

**38. Accounts receivable or commissions you already earned**
☒ No
☐ Yes _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
☒ Yes Miscel Glazier's tools and equipment, all used and old. $1,000.00 (D1, $1,000.00) ............. **$1,000.00**

**41. Inventory**
☒ No
☐ Yes _____

**42. Interests in partnerships or joint ventures**
☒ No
☐ Yes _____

**43. Customer lists, mailing lists, or other compilations**
Report lists and compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A))
☒ No
☐ Yes _____

**44. Any business-related property you did not already list**
☒ No
☐ Yes ................................................................................................................... **$0.00**

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................... | **$1,000.00**

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 15 of 65

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to part 7.
☐ Yes. Go to line 47.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes ........................................................................................................................... _____

**48. Crops—either growing or harvested**

☒ No
☐ Yes ........................................................................................................................... _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes ........................................................................................................................... _____

**50. Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes ........................................................................................................................... _____

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes ........................................................................................................................... _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................. [              ]

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes ........................................................................................................................... $0.00

**54. Add the dollar value of all of your entries from Part 7, including any entries for pages you have attached for Part 7. Write that number here** .................................................. _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2** ................................................................................... _____

**56. Part 2: Total vehicles, line 5** ................................................ $76,000.00

**57. Part 3: Total personal and household items, line 15** ..................... $5,200.00

**58. Part 4: Total financial assets, line 36** ...................................... $2,200.00

**59. Part 5: Total business-related property, line 45** ........................... $1,000.00

**60. Part 6: Total farm- and fishing-related property, line 52** ............... _____

**61. Part 7: Total other property not listed, line 54** ........................... _____

**62. Total personal property.** Add lines 56 through 61 ........................................................ $84,400.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62 ................................. [ $84,400.00 ]

BkAssist® Software Copyright® 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 __Mohammad Shirazii__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of California__

Case number _____
(If known)

☐ Check if this is an amended filing

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** Check one only, even if your spouse is filing with you.

   ☒ You are claiming California Exemptions § 703 (with wildcard) (04/01/22) and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Clothes (Line 6) | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(3) |
| Desk,computer, printer and peripherals etc. (Line 6) | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(3) |
| Ordinary, reasonable household goods and possesion (Line 6) | $1,200.00 | ☒ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(3) |
| 2 Beretta hand guns @700 each, miscell incidental sports stuff (Line 9) | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(5) |
| 1 dog - German Shepherd (Line 13) | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(5) |
| Can on hand, in pocket/wallet, est'd not over: (Line 16) | $200.00 | ☒ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(5) |

Official Form 106C                         Schedule C: The Property You Claim as Exempt                         Page 1

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Bank of Marin, varies - est'd nt over 2000 (Line 17) | $2,000.00 | ☒ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(5) |
| Miscel Glazier's tools and equipment, all used and old. (Line 40) | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 703.140(b)(5) |
| **Total** | $8,400.00 | $8,400.00 | |

**3.  Are you claiming a homestead exemption of more than $189,050.00?**
(Subject to adjustment on 04/01/2025 and every 3 years after that for cases filed on or after the date of adjustment.)
☒  No
☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐   No
    ☐   Yes

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106C                                    Schedule C: The Property You Claim as Exempt                                    Page 2

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---------|--------------------------|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of the collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>if any |
|---|---|---|---|---|
| **2.1**<br>**Ford**<br><br>Creditor's Name<br><br>Number   Street<br><br><br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **UNKNOWN** | Describe the property that secures the claim:<br>**2020 Ford Expedition**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: | $55,635.00 | $49,000.00 | $6,635.00 |
| **2.2**<br>**Ford**<br><br>Creditor's Name<br>**P.O. Box 542000**<br>Number   Street<br><br>**Omaha NE 68154**<br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **UNKNOWN** | Describe the property that secures the claim:<br>**2020 Ford22000**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: | $22,135.00 | $0.00 | $22,135.00 |

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of the collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>if any |
|---|---|---|---|---|

**2.3**
**Ford Motor Credit**
<sub>Creditor's Name</sub>
**P.O. Box 542000**
<sub>Number   Street</sub>

**Omaha NE 68154**
<sub>City, State, ZIP Code</sub>

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: **UNKNOWN**

Describe the property that secures the claim:
**2020 Ford Transit van**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number: **-9173**

Amount of claim: $19,631.00  | Value of collateral: $17,000.00 | Unsecured portion: $2,631.00

**2.4**
**Freedom Road Financial**
<sub>Creditor's Name</sub>
**10509 Professional Cir #100**
<sub>Number   Street</sub>

**Reno NV 89521**
<sub>City, State, ZIP Code</sub>

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: **UNKNOWN**

Describe the property that secures the claim:
**2022 Triumph Bonneville T120 motorcycle**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number: **-4778**

Amount of claim: $10,436.68 | Value of collateral: $10,000.00 | Unsecured portion: $436.68

Add the dollar value of your entries in Column A. Write that number here: ................................ | **$107,837.68**

---

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**
**Ford Credit**
<sub>Creditor's Name</sub>
**P.O. Box 552679**
<sub>Number   Street</sub>

**Detroit MI 48255-2679**
<sub>City, State, ZIP Code</sub>

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number: **UNKNOWN**

**2**
**Freedom Road Financial**
<sub>Creditor's Name</sub>
**p.O. Box 4597**
<sub>Number   Street</sub>

**Hinsdale IL 60522-4597**
<sub>City, State, ZIP Code</sub>

On which line in Part 1 did you enter the creditor? 2.4

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

B*kAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

**4.1**

**21st Century Insurance**
Nonpriority Creditor's Name
**2000 Powell St., #1200**
Number  Street


**Emeryville CA 94608**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:              $764.59

When was the debt incurred? **2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other**

| | Total claim |
|---|---|

**4.2**
**California EDD**
Nonpriority Creditor's Name
**P.O. Box 2590**
Number   Street

**Rancho Cordova CA 95741-2590**
City, State, ZIP Code

Last 4 digits of account number: **-82-0**        $63,141.16

When was the debt incurred? **2002**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Taxes**

---

**4.3**
**First National Bank of Omaha**
Nonpriority Creditor's Name
**P.O Box 3128**
Number   Street

**Omaha NE 68103**
City, State, ZIP Code

Last 4 digits of account number:        $1,734.35

When was the debt incurred? **2019**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

**4.4**
**Franchise Tax Board**
Nonpriority Creditor's Name
**P.O Box 942867**
Number   Street

**Sacramento CA 94267-0011**
City, State, ZIP Code

Last 4 digits of account number:        $0.00

When was the debt incurred? **2020**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Taxes**

---

**4.5**
**Gawfco Enterprises, Inc**
Nonpriority Creditor's Name
**c/o Hussein Saffouuri**
Number   Street
**3736 Mt. Diablo Blvd Ste 300**

**Lafayette CA 94549**
City, State, ZIP Code

Last 4 digits of account number:        $0.00

When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.6**
**Ghilotti Landlord**
Nonpriority Creditor's Name
**340 Ghilotti Ave**
Number   Street

**Santa Rosa CA 95407**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                     $1,500.00

When was the debt incurred: **2023**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Lease**

---

**4.7**
**Internal Revenue Service - special procedures Phila**
Nonpriority Creditor's Name
**P.O. Box 7346**
Number   Street

**Philadelphia PA 19101-7346**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                     $1,531.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes**

---

**4.8**
**Internal Revenue Service - special procedures Phila**
Nonpriority Creditor's Name
**P.O. Box 7346**
Number   Street

**Philadelphia PA 19101-7346**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                     $7,640.47

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes**

---

**4.9**
**Internal Revenue Service - special procedures Phila**
Nonpriority Creditor's Name
**P.O. Box 7346**
Number   Street

**Philadelphia PA 19101-7346**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                     $5,290.00

When was the debt incurred: **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 3

| | Total claim |
|---|---|

**4.10**
**IRS**
Nonpriority Creditor's Name
**777 Sonoma Avenue**
Number   Street

**Santa Rosa CA 95404**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                              $15,000.00

When was the debt incurred: **2020**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes - es'td for 2020 and 2021 and 2022**

---

**4.11**
**IRS**
Nonpriority Creditor's Name
**777 Sonoma Avenue**
Number   Street

**Santa Rosa CA 95404**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                              $1,531.00

When was the debt incurred: **2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes**

---

**4.12**
**IRS - Fresno**
Nonpriority Creditor's Name
**5045 E. Butler Ave**
Number   Street

**Fresno CA 93888-0021**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                              $4,938.00

When was the debt incurred: **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes**

---

**4.13**
**IRS - Fresno**
Nonpriority Creditor's Name
**5045 E. Butler Ave**
Number   Street

**Fresno CA 93888-0021**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                              $3,355.43

When was the debt incurred: **2015**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                         Schedule E/F: Creditors Who Have Unsecured Claims                         Page 4

| | Total claim |
|---|---|

**4.14**
**MArash Salkkhir.**
Nonpriority Creditor's Name
**c/o Foremand & Brasso**
Number  Street
**850 Montgomery Street, Ste 300**

**San Francisco CA 94133**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number:                                        $34,000.00

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Other**

---

**4.15**
**Marin Roto Rooter**
Nonpriority Creditor's Name
**c/o American Revenue Management Inc.**
Number  Street
**P.O. Box 2122**

**Oakland CA 94621**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **-5129**                                $1,260.04

When was the debt incurred? **2022**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Other**

---

**4.16**
**Mr Matthew Sandberg**
Nonpriority Creditor's Name
**14 Elizabeth Circle**
Number  Street

**Greenbrae CA 94904**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **-0225**                               $11,640.00

When was the debt incurred? **2022**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Other - formar landlord**

---

**4.17**
**Mr. Adrsian Schmidt**
Nonpriority Creditor's Name
**33 Serra Way**
Number  Street

**San Rafael CA 94903**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number:                                        $15,000.00

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Other**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 5

| | Total claim |
|---|---|

**4.18**

**Mr. John Jeffrey Shear**
Nonpriority Creditor's Name
**c/o Michael Ackerman, Esq.**
Number   Street
**2391 The Alameda, Ste 100**

**Santa Clara CA 95050**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                                                  $33,500.00

When was the debt incurred: **2020**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
      you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other**

---

**4.19**

**Mr. Ken Bloom**
Nonpriority Creditor's Name
**25 Bolanos Drive**
Number   Street

**San Rafael CA 94903**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                                                  $7,000.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
      you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other**

---

**4.20**

**Mr. Oscar Segura**
Nonpriority Creditor's Name
**104 N. San Pedro Road**
Number   Street

**San Rafael CA 94901**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                                                  $9,775.00

When was the debt incurred: **2021**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
      you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other**

---

**4.21**

**Mr. Peter Buettner**
Nonpriority Creditor's Name
**8 Amalfi Place**
Number   Street

**San Rafael CA 94901**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                                                  $13,000.00

When was the debt incurred: **2021**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
      you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                         Schedule E/F: Creditors Who Have Unsecured Claims                              Page 6

| | Total claim |
|---|---|

**4.22**
__Old Castle__
Nonpriority Creditor's Name
__c/o AGA__
Number   Street
__740 Walt Whitman Road__

__Melville NY 11747-9090__
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                     $0.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.23**
__PIE Insurance__
Nonpriority Creditor's Name
__c/o Brown and Joseph LLC__
Number   Street
__One Peirce Drive Ste 700 W__

__Kingston IL 60145__
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-1900**                       $4,989.00

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other**

---

**4.24**
__San Jose ARCO__
Nonpriority Creditor's Name
__5498 Monterey Highway__
Number   Street

__San Jose CA 95111__
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                 $13,000.00

When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other = contract, client breached**

---

## Part 3:   List Others to Be Notified for a Debt That You Already Listed

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1**
__Arash Salkhi__
Creditor's Name
__Salkhi Petroleum mInc.__
Number   Street
__P.O. Box 1678__

__San Leandro CA 94577-0801__
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.14__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 7

**2**

**brown & joseph LLC**
Creditor's Name

**P.O B0 X249**
Number   Street

**Itasca IL 60143**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.23 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**3**

**California Dept of Tax and Fee Administration**
Creditor's Name

**33210 Power Inn Road, Ste 210**
Number   Street

**Sacramento CA 95826-3889**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.4 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**4**

**California EDD**
Creditor's Name

**P.O. Box 826215 MIC 3A**
Number   Street

**Sacramento CA 94230-5403**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.2 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**5**

**California EDD**
Creditor's Name

**P.O. Box 989061**
Number   Street

**West Sacramento CA 95798-9061**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.2 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **-82-0**

---

**6**

**Clekr of Court Marin Civ 21 02885**
Creditor's Name

**3501 Civic Center Drive**
Number   Street

**San Rafael CA 94903**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.3 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**7**

**Clerk of Court C22-02288**
Creditor's Name

**725 Court Street**
Number   Street

**Martinez CA 94553**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.18 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 8

**8**

**Clerk of Court CIV MSC20-00116**
Creditor's Name
**725 Court Street**
Number   Street


**Martinez CA 94553**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.5 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**9**

**Clerk of Court Civ-21-02970**
Creditor's Name
**3501 Civic Center**
Number   Street


**San Rafael CA 94901**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.14 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**10**

**Clerk of Court SMC 22210225**
Creditor's Name
**3501 Civic Center Drive**
Number   Street


**San Rafael CA 94903**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.16 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**11**

**Credit Collections Services**
Creditor's Name
**725 Cannon Street.**
Number   Street


**Norwood MA 02062**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.1 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**12**

**Dunning Law Firm**
Creditor's Name
**9619 Chesapeake Drv Ste 210**
Number   Street


**San Diego CA 92123**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.3 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**13**

**EDD**
Creditor's Name
**Orange County Adjudication Center**
Number   Street
**P.O. Box 66000**


**Anaheim CA 92816**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.2 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                          Schedule E/F: Creditors Who Have Unsecured Claims                          Page 9

**14**
GlassWorks
Creditor's Name
**1111 Francisco Blvd East, Unit A**
Number   Street

**San Rafael CA 94901-5403**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.1 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

**15**
Internal Revenue Service
Creditor's Name
**450 Golden Gate Avenue**
Number   Street

**San Francisco CA 94102**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

**16**
Internal Revenue Service - special procedures Phila
Creditor's Name
**P.O. Box 7346**
Number   Street

**Philadelphia PA 19101-7346**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

**17**
IRS
Creditor's Name
**777 Sonoma Avenue**
Number   Street

**Santa Rosa CA 95404**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

**18**
IRS - Fresno
Creditor's Name
**5045 E. Butler Ave**
Number   Street

**Fresno CA 93888-0021**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

**19**
Leviton Law Firm LTD
Creditor's Name
**One Pierce St Ste 725W**
Number   Street

**Itasca IL 60143**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.23 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                      Schedule E/F: Creditors Who Have Unsecured Claims                      Page 10

**20**
**Marin Roto Rooter**
Creditor's Name
**855 Olive D**
Number    Street

**Hayward CA 94545**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.15 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**21**
**Mr. John Shea**
Creditor's Name
**55 Western Drive**
Number    Street

**Richmond CA 94801**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.18 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**22**
**Performant Recovery Inc.**
Creditor's Name
**P.O.Box 9045**
Number    Street

**Pleasanton CA 94566**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**23**
**State of California**
Creditor's Name
**Deprtment of Industrial Relations**
Number    Street
**50 D Street, Ste 360**

**Santa Rosa CA 95404**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.4 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**24**
**United States Attorney**
Creditor's Name
**450 Golden Gate Avenue**
Number    Street

**San Francisco CA 94102**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**25**
**United States Department of Justice, Western Division**
Creditor's Name
**950 Pennsylvania Avenue NW**
Number    Street

**Washington DC 20530-0001**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.
     Add the amounts for each type of unsecured claim.**

**Total claim**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| | | | |
|---|---|---|---|
| **Total claims from Part 1** | **6a. Domestic support obligations** ........................................................................ | 6a. | $0.00 |
| | **6b. Taxes and certain other debts you owe the government** ..................................... | 6b. | $0.00 |
| | **6c. Claims for death or personal injury while you were intoxicated**............................ | 6c. | $0.00 |
| | **6d. Other.** Add all other priority unsecured claims. Write that amount here.................... | 6d. | $0.00 |
| | **6e. Total** Add lines 6a through 6d. ....................................................................... | 6e. | $0.00 |
| **Total claims from Part 2** | **6f. Student loans** ............................................................................................... | 6f. | $0.00 |
| | **6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | **6h. Debts to pension or profit-sharing plans, and other similar debts**.......................... | 6h. | $0.00 |
| | **6i. Other.** Add all other nonpriority unsecured claims. Write that amount here................ | 6i. | $249,590.04 |
| | **6j. Total.** Add lines 6f through 6i. ........................................................................ | 6j. | $249,590.04 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 12

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1      **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

Official Form 106G                          Schedule G: Executory Contracts and Unexpired Leases                          Page 1

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1     __Mohammad Shirazii__

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of California__

Case number     _____
(If known)

☐ Check if this is an amended filing

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☒ No
      ☐ Yes. In which community state or territory did you live? . Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply |
| **3.1** <br> __Mahend Kumar__ <br> Name <br> __1111 Francisco Blvd__ <br> Number   Street <br><br> __San Rafael CA 94901__ <br> City, State, ZIP Code | ☐ Schedule D, line <br> ☒ Schedule E/F, line __4.14__ <br> ☐ Schedule G, line |
| **3.2** <br> __Mahend Kumar__ <br> Name <br> __1457 Autunmwind Court__ <br> Number   Street <br><br> __Pittsburg CA 94565__ <br> City, State, ZIP Code | ☐ Schedule D, line <br> ☒ Schedule E/F, line __4.14__ <br> ☐ Schedule G, line |

**Fill in this information to identify your case:**

Debtor 1 __Mohammad Shirazii__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of California__

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing
post-petition chapter 13
income as of

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---------|---------------------|

**1. Fill in your employment information**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Self-employed glazier - net income listed below | |
| **Employer's name** | Self - dba Glasswork | N/A |
| **Employer's address** | 1111 Francisco Blvd.<br>San Rafael, CA  94901 | N/A |
| **How long employed there?** | 22 years | N/A |

| Part 2: | Give Details About Monthly Income |
|---------|-----------------------------------|

**Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Including your non-filing spouse unless you are separated.**

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** List monthly gross wages, salary, and commissions before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | |
| **3.** Estimate and list monthly overtime pay. | 3. | **$0.00** | |
| **4.** Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | |
| **5.** List All payroll deductions: | | | |
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | |
| **5b.** Mandatory contributions for retirement plans | 5b. | **$0.00** | |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5c.  Voluntary contributions for retirement plans**    5c. | **$0.00** | |
| **5d.  Required repayments of retirement fund loans**    5d. | **$0.00** | |
| **5e.  Insurance**    5e. | **$0.00** | |
| **5f.  Domestic support obligations**    5f. | **$0.00** | |
| **5g.  Union dues**    5g. | **$0.00** | |
| **5h.  Other deductions.** Specify:    5h. | **$0.00** | |
| **6.  Add the payroll deductions.** Add lines 5a through 5h    6. | **$0.00** | |
| **7.  Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. | **$0.00** | |

**8.  List all other income regularly received:**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **8a.  Net income from rental property and from operating a business, profession, or farm**    8a.<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | **$5,750.00** | |
| **8b.  Interest and dividends**    8b. | **$0.00** | |
| **8c.  Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c.<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | **$0.00** | |
| **8d.  Unemployment compensation**    8d. | **$0.00** | |
| **8e.  Social Security**    8e. | **$0.00** | |
| **8f.  Other government assistance that you regularly receive**    8f.<br><br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | **$0.00** | |
| **8g.  Pension or retirement income**    8g. | **$0.00** | |
| **8h.  Other monthly income.** Specify:    8h. | **$0.00** | |
| **9.  Add all other income.** Add lines 8a-8h.    9. | **$5,750.00** | |

| | |
|---|---|
| **10.  Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 9 for Debtor 1 and Debtor 2 or non-filing spouse.    10. | **$5,750.00** |
| **11.  State all other regular contributions to the expenses that you list in** *Schedule J* **(Official Form 106J).**    11.<br><br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br><br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J* (Official Form 106J).<br><br>Specify: | **$0.00** |
| **12.  Add the amounts on lines 10 and 11.** The result is the combined monthly income. Also write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information* (Official Form 106Sum) if it applies.    12. | **$5,750.00** |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Schedule I: Your Income

**13.  Do you expect an increase or decrease within the year after you file this form?**

☒ No

☐ Yes.
Explain.....

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 __Mohammad Shirazii__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of California__

Case number _____
(If known)

☐ Check if this is an amended filing

## Form 106ISupp
# BKA-106ISupp

**12/15**

**Itemize the income and expenses from business activities and real estate**

| Part 1: | Business income & expense |
|---------|---------------------------|

### Glasswork ():

| Description | Amount |
|-------------|--------|
| self employment income (varies, et'd) - net shown here | $5,750.00 |
| **Net Income** | **$5,750.00** |

| Part 2: | Non-residential real property income & expense |
|---------|------------------------------------------------|

**There is no real property income or expense to report.**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1      **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No.
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

2. **Do you have dependents?**

   Do not list Debtor 1 or Debtor 2.

   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

|  |  |  | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,500.00** |
|  | If not included in line 4: |  |  |
|  | **4a. Real estate taxes** | 4a. |  |
|  | **4b. Property, homeowner's, or renter's insurance** | 4b. | **$100.00** |
|  | **4c. Home maintenance, repair, and upkeep expenses** | 4c. |  |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

|  | | Your expenses |
|---|---|---|
| **4d.  Homeowner's association or condominium dues** | 4d. | |
| **5.  Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| **6.  Utilities:** | | |
| **6a.  Electricity, heat, natural gas** | 6a. | **$500.00** |
| **6b.  Water, sewer, garbage collection** | 6b. | **$100.00** |
| **6c.  Telephone, cell phone, Internet, satellite, and cable services** | 6c. | **$140.00** |
| **6d.  Other. Specify: N/A** | 6d. | |
| **7.  Food and housekeeping supplies** | 7. | **$450.00** |
| **8.  Childcare and children's education costs** | 8. | |
| **9.  Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| **10.  Personal care products and services** | 10. | **$50.00** |
| **11.  Medical and dental expenses** | 11. | **$150.00** |
| **12.  Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$300.00** |
| **13.  Entertainment, clubs, recreation, newspapers, magazine, and books** | 13. | **$100.00** |
| **14.  Charitable contributions and religious donations** | 14. | |
| **15.  Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| **15a. Life insurance** | 15a. | |
| **15b. Health insurance** | 15b. | |
| **15c. Vehicle insurance** | 15c. | **$300.00** |
| **15d. Other insurance. Specify: N/A** | 15d. | |
| **16.  Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| IRS taxes,not dischargeable, should be self-withholding too, est'd: | | **$400.00** |
| **17.  Installment or lease payments** | | |
| **17a. 2020 Ford F150 picku p truck (2020 Ford22000)** | 17a. | **$600.00** |
| **17b. Car Loan (2020 Ford Transit van)** | 17b. | **$600.00** |
| **17c. Car Loan (2020 Ford Expedition)** | 17c. | **$1,324.67** |
| **17d. Car Loan (2022 Triumph Bonneville T120 motorcycle)** | 17d. | **$300.00** |
| **18.  Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I* **(Official Form 106I)** | 18. | |
| **19.  Other payments you make to support others who do not live with you.** Specify: N/A | 19. | |
| **20.  Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I* **(Official Form 106I)** | | |
| **20a. Mortgages on other property** | 20a. | |
| **20b. Real estate taxes** | 20b. | |

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 40 of 65

|  | Your expenses |
|---|---|
| **20c. Property, homeowner's, or renter's insurance** 20c. | |
| **20d. Maintenance, repair, and upkeep expenses** 20d. | |
| **20e. Homeowner's association or condominium dues** 20e. | |
| **20f.  Other. Specify:** 20f. | |

**21.  Other.** Specify: 21.

Tax payments, est'd 2020-2023  should be paying now: **$250.00**

Non-dischargable tx payments, shoiuld be paying now est'd **$200.00**

**22.  Calculate your monthly expenses.**

**22a. Add lines 4 through 21.**  22a.  **$7,464.67**

**22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2**  22b.

**22c. Add line 22a and 22b. The result is your monthly expenses.**  22c.  **$7,464.67**

**23.  Calculate your monthly net income**

**23a. Copy line 12** *(your combined monthly income)* from *Schedule I*  23a.  **$5,750.00**

**23b. Copy your monthly expenses from line 22 above.**  23b.  **$7,464.67**

**23c. Subtract your monthly expenses from your monthly income.
The result is your** *monthly net income*  23c.  **($1,714.67)**

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No
☒ Yes.
Explain.....

**Expenses listed are "forward looking".  Income listed has not been steady, likely will not be able to maintain this level of income v expenses, so net will go down :(**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 106J                                    Schedule J: Your Expenses                                                            Page 3

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 __**Mohammad Shirazii**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person **N/A**. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

__/s/ Mohammad Shirazii_____        __04/15/2023_____
Signature of Debtor 1                                Date

_____        __04/15/2023_____
Signature of Debtor 2                                Date

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 42 of 65

**Fill in this information to identify your case:**

Debtor 1 __Mohammad Shirazii__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of California__

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**
☐ Married
☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $27,500.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2022) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $55,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $30,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 107 Statement of Financial Affairs for Individuals Filing for Bankruptcy Page 1

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No

☐ Yes. Fill in the details.

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575.00* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575.00* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 04/01/2025 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No

☐ Yes. List all payments to an insider

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No

☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☒ Yes. Fill in the details

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| Shea v. Shirazi, No. C22-02288 | brrech of contract alleged | Supuerior Court, Contra Costa 725 Court Street Martinez, CA 94553 | |
| Sandberg v. Shirazi, No. SMC 22 10225 | landlord, former - disputed | Marin Small Claims 3501 Civic Center San Rafael, CA 94903 | Judgmwnt 11/2022 |
| Gawfco Enteriprises, Inc. v Shirazi, No. Civ MSC 20-00116 | Collection | Contra Costa courts 725 Court Street Martinez, CA 94553 | |
| Arash Salkhi v. Shirazi et al., No. Civ 21 02970 | brech of contract - disputed | Superior Court, Marin 3501 Civic Center Drive San Rafael, CA 94903 | Pending |
| First National Bank v. Shirazi, No. Civ 21 02885 | collection | Superior Court, Marin 3501 Civic Center Drive San Rafael, CA 94903 | default? |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.
☒ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details of each gift or contribution

| Part 6: | List Certain Losses |

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
☒ No
☐ Yes. Fill in the details

| Part 7: | List Certain Payments or Transfers |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Debtor 1    Mohammad Shirazii                                          Case number:

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details

| Person who was paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA  94901<br><br>Email or website address:<br><br>Person Who Made the Payment if Not You: | Expense & fee retainer (including any retainer for the filing fee) | 03/2023 | $1,338.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details

| Person who received transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| ~~xxxxxx~~ you told me that last year please ALL details~~xxxxxx~~<br><br>Person's relationship to you: | ~~Transferred property ($0.00)~~ | | ~~UNKNOWN~~ |
| Unknown<br><br>Person's relationship to you: | 1976 Honda CB 750 moptorcycle ($5,500.00) | | 2022 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details

**Part 8:**    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    Page 4

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☒ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☒ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns?** Include any property you borrowed from, are storing for, or hold in trust for someone.
☒ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- Environmental law means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Fill in the details

**25. Have you notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Fill in the details

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
☒ No
☐ Yes. Fill in the details

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**
☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    Page 5

| Business name and address | Describe the nature of the business and identify the accountant or bookkeeper | Employer identification number (Do not include SSN or ITIN) Dates business existed |
|---|---|---|
|  |  |  |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Mohammad Shirazii                                                    04/15/2023
Signature of Debtor 1                                                    Date

_____                                        04/15/2023
Signature of Debtor 2                                                    Date

Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of person **N/A -- the BkAssist software used to prepare this petition is licensed for use only by attorneys.**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Ford<br><br>2020 Ford Expedition | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: **Continue to pay the obligation as permitted by applicable non-bankruptcy law** | ☒ No<br>☐ Yes |
| Ford<br><br>2020 Ford22000 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: **Continue to pay the obligation as permitted by applicable non-bankruptcy law** | ☒ No<br>☐ Yes |
| Ford Motor Credit<br><br>2020 Ford Transit van | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: **Continue to pay the obligation as permitted by applicable non-bankruptcy law** | ☒ No<br>☐ Yes |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    Page 1

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Freedom Road Financial<br><br>2022 Triumph Bonneville T120 motorcycle | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: **Continue to pay the obligation as permitted by applicable non-bankruptcy law** | ☒ No<br>☐ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property lease | Will the lease be assumed? |
|---|---|

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

/s/ Mohammad Shirazii                                                                04/15/2023
Signature of Debtor 1                                                                Date

_____                                            04/15/2023
Signature of Debtor 2                                                                Date

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 50 of 65

**Fill in this information to identify your case:**

Debtor 1  **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement disclosing
additional payments or
agreements as of

## Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor          12/15

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

**Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.**

**Attach a copy of the retainer agreement, if any.**

| Part 1: | Compensation |
| --- | --- |

For legal services, I have agreed to accept .......................... **$1,000.00**

Prior to the filing of this statement I have received
  Retainer for legal services............................................. **$1,000.00**

  Retainer for expenses, including the court filing fee ...... **$338.00**

Balance Due ........................................................................ **$0.00**

2.  The source of the compensation paid to me was:

   ☐ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☐ Debtor   ☐ Other (specify)   ☒ N/A

4.  ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

| Part 2: | Services |
| --- | --- |

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

   b.   Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

   d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Form BKA-2030          Disclosure of Compensation of Attorney for Debtor          Page 1

e.

f.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**2004 Exam audits, Adversary Proceeding, continued s341 meetings (if any)**

7.  A copy of my retainer agreement ☐ is  ☒ is not attached.

---

**Part 3:**  **Certification**

I certify that the foregoing is a complete statement of any agreement  or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ John A. Vos                                                                                    04/15/2023
John A. Vos (Vos Law Office)                                                         Date

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Form BKA-2030                                    Disclosure of Compensation of Attorney for Debtor                                    Page 2

# United States Bankruptcy Court
## Northern District of California
## San Francisco Division


In re: **Shirazii, Mohammad**                    Case No.


## <u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of 7 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms to with the Clerk's promulgated requirements.


/s/ John A. Vos_____          04/15/2023_____
John A. Vos (), Attorney for the Debtor(s)                      Date
1430 Lincoln Avenue
San Rafael, CA  94901
Tel.: (415) 485-5332
Fax:
e-mail:

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

21st Century Insurance
2000 Powell St., #1200
Emeryville, CA  94608


Arash Salkhi
Salkhi Petroleum mInc.
P.O. Box 1678
San Leandro, CA  94577-0801


brown & joseph LLC
P.O B0 X249
Itasca, IL  60143


California Dept of Tax and Fee Administration
33210 Power Inn Road, Ste 210
Sacramento, CA  95826-3889


California EDD
P.O. Box 2590
Rancho Cordova, CA  95741-2590


California EDD
P.O. Box 826215 MIC 3A
Sacramento, CA  94230-5403


California EDD
P.O. Box 989061
West Sacramento, CA  95798-9061


Clekr of Court Marin Civ 21 02885
3501 Civic Center Drive
San Rafael, CA  94903


Clerk of Court C22-02288
725 Court Street
Martinez, CA  94553

Clerk of Court CIV MSC20-00116
725 Court Street
Martinez, CA  94553


Clerk of Court Civ-21-02970
3501 Civic Center
San Rafael, CA  94901


Clerk of Court SMC 22210225
3501 Civic Center Drive
San Rafael, CA  94903


Credit Collections Services
725 Cannon Street.
Norwood, MA  02062


Dunning Law Firm
9619 Chesapeake Drv Ste 210
San Diego, CA  92123


EDD
Orange County Adjudication Center
P.O. Box 66000
Anaheim, CA  92816


Equifax Consumer Credit
P.O. Box 740241 Atlanta, GA 30374-0241
Atlanta, GA  30374-0241


Experian
P.O. Box 4500
Allen, TX  75013


First National Bank of Omaha
P.O Box 3128
Omaha, NE  68103

Ford


Ford
P.O. Box 542000
Omaha, NE  68154


Ford Credit
P.O. Box 552679
Detroit, MI  48255-2679


Ford Motor Credit
P.O. Box 542000
Omaha, NE  68154


Franchise Tax Board
P.O Box 942867
Sacramento, CA  94267-0011


Freedom Road Financial
10509 Professional Cir #100
Reno, NV  89521


Freedom Road Financial
p.O. Box 4597
Hinsdale, IL  60522-4597


Gawfco Enterprises, Inc
c/o Hussein Saffouuri
3736 Mt. Diablo Blvd Ste 300
Lafayette, CA  94549


Ghilotti Landlord
340 Ghilotti Ave
Santa Rosa, CA  95407

GlassWorks
1111 Francisco Blvd East, Unit A
San Rafael, CA  94901-5403


Internal Revenue Service
450 Golden Gate Avenue
San Francisco, CA  94102


Internal Revenue Service - special procedures Phila
P.O. Box 7346
Philadelphia, PA  19101-7346


IRS
777 Sonoma Avenue
Santa Rosa, CA  95404


IRS - Fresno
5045 E. Butler Ave
Fresno, CA  93888-0021


John Vos
1430 Lincoln
San Rafael, CA  94901


Leviton Law Firm LTD
One Pierce St Ste 725W
Itasca, IL  60143


Mahend Kumar
1111 Francisco Blvd
San Rafael, CA  94901


Mahend Kumar
1457 Autunmwind Court
Pittsburg, CA  94565

MArash Salkkhir.
c/o Foremand & Brasso
850 Montgomery Street, Ste 300
San Francisco, CA 94133


Marin Roto Rooter
855 Olive D
Hayward, CA 94545


Marin Roto Rooter
c/o American Revenue Management Inc.
P.O. Box 2122
Oakland, CA 94621


Mr Matthew Sandberg
14 Elizabeth Circle
Greenbrae, CA 94904


Mr. Adrsian Schmidt
33 Serra Way
San Rafael, CA 94903


Mr. John Jeffrey Shear
c/o Michael Ackerman, Esq.
2391 The Alameda, Ste 100
Santa Clara, CA 95050


Mr. John Shea
55 Western Drive
Richmond, CA 94801


Mr. Ken Bloom
25 Bolanos Drive
San Rafael, CA 94903


Mr. Oscar Segura
104 N. San Pedro Road
San Rafael, CA 94901

Mr. Peter Buettner
8 Amalfi Place
San Rafael, CA  94901


Old Castle
c/o AGA
740 Walt Whitman Road
Melville, NY  11747-9090


Performant Recovery Inc.
P.O.Box 9045
Pleasanton, CA  94566


PIE Insurance
c/o Brown and Joseph LLC
One Peirce Drive Ste 700 W
Kingston, IL  60145


Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA  23502


San Jose ARCO
5498 Monterey Highway
San Jose, CA  95111


State of California
Deprtment of Industrial Relations
50 D Street, Ste 360
Santa Rosa, CA  95404


TransUnion Consumer Solutions1
P.O. Box 2000
Chester, PA  19016-2000


United States Attorney
450 Golden Gate Avenue
San Francisco, CA  94102

United States Department of Justice, Western Division
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 **Mohammad Shirazii**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 122A-1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

**12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Official Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Kind of Debts" you indicated on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

    ☒ No. Go to the top of page 1 of Official Form 122A-1, and check box 1, *There is no presumption of abuse*. Then sign Part 3 of that form, and submit this supplement with that form.

    ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No. Go to line 3.

    ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

    ☐ No.
    Go to line 3.

    ☐ Yes.
    Go to the top of page 1 of Official Form 122A-1, and check box 1, *There is no presumption of abuse*. Then sign Part 3 of that form, and submit this supplement with that form.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No. Complete Official Form 122A-1. Do not submit this supplement.

    ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 61 of 65

| | | |
|---|---|---|
| ☐ | No. | Complete Official Form 122A-1. Do not submit this supplement. |
| ☐ | Yes. | Check any one of the following categories that applies: |

☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on , which is fewer than 540 days before I filed this bankruptcy case.

☐ I am performing a homeland defense activity for at least 90 days.

☐ I performed a homeland defense activity for at least 90 days, ending on , which is fewer than 540 days before I filed this bankruptcy case.

If you checked one of the categories to the left, go to the top of page 1 of Official Form 122A-1, and check box 3, *The Means Test does not apply now because of qualified military service but it could apply later*. Then sign Part 3 of that form, and submit this supplement with that form.

You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended Official Form 122A-1.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Official Form 122A-1Supp                  Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                                  Page 2

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    <u>Mohammad Shirazii</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of California**

Case number
(If known)
</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The presumption of abuse will be calculated under *Chapter 7 Means Test Calculation* (Official Form 122A-2)

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing
</td></tr>
</table>

## Official Form 122A-1
# Chapter 7 Statement of Your Current Income    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

Note - Not needed because this is a non-consumer debt case. Therefore, amounts entered are left blank.

| **Part 1:** | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐   **Not married.** Fill out Column A, lines 2-11.

   ☐   **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐   **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | 2. | | |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | 3. | | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | 4. | | |

5. **Net income from operating a business, profession, or farm**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | **$0.00** | |
| Ordinary and necessary operating expenses | **$0.00** | |

| | | |
|---|---|---|
| Net monthly income from a business, profession, or farm | 5. | |

6. **Net income from rental and other real property**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

|  |  |
|---|---|
| Gross receipts (before all deductions) |  |
| Ordinary and necessary operating expenses |  |

Net monthly income from rental or other real property     **6.**

**7.** **Interest, dividends, and royalties**     **7.**

**8.** **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | **$0.00** |
|---|---|
| For your spouse | **$0.00** |

     **8.**

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.     **9.**

**10.** **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 10. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.

%s     **10.**

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column:  + . Then add the total for Column A to the total for Column B.     **11.**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12.** **Calculate your current monthly income for the year.** Follow these steps:

Copy your total current monthly income from line 11.

Multiply by 12 (the number of months in a year).

The result is your annual income for this part of the form.     **12.**

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household.

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.     **13.**

**14.** **How do the lines compare?**

14a. ☐ Line 12 is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12 is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |
|---|---|

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

/s/ Mohammad Shirazii                                                                          04/15/2023
Signature of Debtor 1                                                                             Date MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case: 23-30244    Doc# 1    Filed: 04/18/23    Entered: 04/18/23 09:58:54    Page 65 of 65